**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James F. POLLENDER, Defendant–
Appellant.**

**No. 07–30149.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

James E. Seykora, USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Darla Jean Mondou, Mondou Law Office, Marana, AZ, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

James F. Pollender appeals from the 137–month sentence imposed upon remand for: conspiracy to manufacture methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846; possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1); possession of listed chemicals with intent to manufacture methamphetamine, in violation of 21 U.S.C. § 841(a)(1); possession of an unregistered firearm, in violation of 26 U.S.C. § 586(d); and being a felon in possession of a weapon, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pollender's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Pollender has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** appellant's pro se motion for new counsel is **DENIED,** and the district court's judgment is **AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.